**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| BRUCE BIRCH | ) | |
| Petitioner, | ) | 3:10-cv-00352-RCJ-RAM |
| vs. | ) | **ORDER** |
| HOWARD SKOLNICK, *et al.*, | ) | |
| Respondents. | ) | |

This action was opened by the Clerk of Court as an action for a writ of habeas corpus by a state prisoner, pursuant to 28 U.S.C. § 2254. Petitioner has submitted an application to proceed *in forma pauperis.* (Docket #1). However, no petition has been submitted. Unless an issue of federal constitutional or statutory law is implicated by the facts presented, there is no cognizable claim under federal habeas corpus. *Estelle v. McGuire*, 502 U.S. 62, 68 (1991). As there is no petition filed in this action, it will be dismissed, without prejudice to filing a petition as a new action.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED**, without prejudice, for failure to present a habeas corpus petition.

**IT IS FURTHER ORDERED** that all pending motions, including the application to proceed *in forma pauperis* (Docket #1), are **DENIED**.

///

///

///

1      **IT IS FURTHER ORDERED** that petitioner may file a petition, but any such petition must
2 be opened as a new case.  **<u>No further documents shall be filed in this case.</u>**
3      **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.
4     DATED this 11th day of August, 2010.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE